IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CLYBURN LEROY MOSES,

    Plaintiff,

vs.

TIMOTHY THOMAS, R.N. and
Dr. HENRY SEXAVER,

    Defendants.

CIVIL ACTION NO.: CV209-025

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's request for a transfer to another prison facility is **DISMISSED**.

**SO ORDERED**, this 1st day of July, 2009.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA