FILED
U.S. DISTRICT COURT

2011 MAY 16 PM 12:42

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| CLYBURN LEROY MOSES, | * | |
| Plaintiff, | * | |
| vs. | * | CV 209-025 |
| Dr. HENRY SEXAUER, | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that although he did not use the word "retaliation" in his administrative remedy requests, he stated facts that would have placed the BOP on notice that he was seeking redress for retaliation. Plaintiff does not point to any specific passages in his administrative remedy requests that could be construed as alleging retaliation. The language and intent of the administrative remedy request were thoroughly addressed in the Magistrate Judge's Report. Even under the less stringent standards applicable to pro se plaintiffs, Mr. Moses has utterly failed to put the BOP on notice that he was seeking redress for retaliation. If the statements contained in his BP-9 and BP-10 are deemed adequate notice, then there simply is no

AO 72A
(Rev. 8/82)

notice requirement. There is a notice requirement. The Plaintiff simply failed to meet it.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Objections are **OVERRULED**. Defendant's Motion to Dismiss is **GRANTED**, and Plaintiff's complaint is **DISMISSED**. The Clerk is authorized and directed to enter the appropriate Judgment.

**SO ORDERED**, this 13th day of May, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)